**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ALEX A. GRAFT, SB# 239647
    Email: Alex.Graft@lewisbrisbois.com
JESSICA BEELER SB# 268939
    Email: Jessica.Beeler@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, California 94105
Telephone: 415.362.2580
Facsimile:  415.434.0882

Attorneys for Defendants
CREFASI ACCOUNTING SERVICES,
LLC and JESSIE CREFASI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CARE FROM THE HEART IN HOME SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CREFASI ACCOUNTING SERVICES, LLC, a Louisiana limited liability company; JESSIE CREFASI, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-06762-NW<br><br>**JOINT STIPULATION TO CONTINUE THE DEADLINES TO COMPLETE NON-EXPERT DISCOVERY FOR DEPOSITION(S) OF CERTAIN THIRD PARTY WITNESSES AND DEADLINE TO COMPLETE ADR; [PROPOSED] ORDER** |

**IT IS HEREBY MUTUALLY STIPULATED AND AGREED**, by and between Defendants Crefasi Accounting Service, LLC and Jessie Crefasi ("Defendants"), and Plaintiff Care from the Heart In Home Service, Inc. ("Plaintiff") (collectively referred to herein as the "Parties"), as follows:

**WHEREAS** the Parties have mutually agreed, for purposes of facilitating settlement, to extend the February 17, 2026 deadline to complete certain non-expert depositions.

**WHEREAS** on February 12, 2026, the Parties engaged in their first telephone conference with Ronald Lemieux, the assigned Early Neutral Evaluator for this

171594142.1

Case No. 5:24-cv-06762-NW

JOINT STIPULATION TO CONTINUE THE DEADLINES TO COMPLETE NON-EXPERT DISCOVERY FOR CERTAIN THIRD PARTY WITNESSES

matter.  During that conversation, Mr. Lemieux suggested that one of the Parties depose one or more witnesses from Pacific Coast Manor, a former client Plaintiff claims to have lost as a result of Ms. Crefasi's acts and/or omissions.  Mr. Lemieux stated, and the parties agreed, that such depositions may have information bearing on Plaintiff's calculation of claimed damages.

**WHEREAS** the Parties have mutually agreed that it would facilitate settlement if one or more parties noticed the deposition of employee(s) from Pacific Coast Manor, a former client of Plaintiff's, because these witnesses may possess information that will assist calculation of Plaintiff's claimed damages.

**WHEREAS** in light of the additional time required to depose third parties in line with Mr. Lemieux's recommendation, and in order to facilitate meaningful ADR efforts, an extension of the ADR deadline of March 6, 2026 is also necessary.

**THE PARTIES MUTUALLY STIPULATE AND AGREE** that:

1.  the deadline to complete non-expert discovery, for purposes of third-party depositions and subpoenas only, shall be continued by 30 days to March 19, 2026; and

2.  the deadline to complete ADR shall be continued by 30 days to April 6, 2026

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

JOINT STIPULATION TO CONTINUE THE DEADLINES TO COMPLETE NON-EXPERT DISCOVERY FOR
CERTAIN THIRD PARTY WITNESSES

**IT IS SO STIPULATED.**

DATED:  February 17, 2026          LEWIS BRISBOIS BISGAARD & SMITH LLP


By:  ___/s/ *Jessica Beeler*___
     ALEX A. GRAFT
     JESSICA BEELER
     Attorneys for Defendants


DATED:  February 17, 2026          BLANK ROME LLP


By:  ___/s/ *Saam Takaloo*___
     SAAM TAKALOO
     Attorneys for Plaintiff


## **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1 of the United States District Court for the Northern District of California, I certify that authorization for the filing of this document has been obtained from the other signatory shown above and that said signatory has authorized placement of his electronic signature on this document.

Dated: February 17, 2026          */s/ Jessica Beeler*
                                   Jessica Beeler

JOINT STIPULATION TO CONTINUE THE DEADLINES TO COMPLETE NON-EXPERT DISCOVERY FOR CERTAIN THIRD PARTY WITNESSES

## [PROPOSED] ORDER

Based on the stipulation by Defendants Crefasi Accounting Services, LLC and Jessie Crefasi, and Plaintiff Care From The Heart In Home Services, Inc., and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. the deadline to complete non-expert discovery, for purposes of third-party depositions and subpoenas only, shall be continued by 30 days to March 19, 2026; and

2. the deadline to complete ADR shall be continued by 30 days to April 6, 2026.

   **IT IS SO ORDERED**.

DATED: February 17, 2026        _____

                               DISTRICT JUDGE NOËL WISE

171594142.1                          4                    Case No. 5:24-cv-06762-NW

JOINT STIPULATION TO CONTINUE THE DEADLINES TO COMPLETE NON-EXPERT DISCOVERY FOR CERTAIN THIRD PARTY WITNESSES