**BLANK ROME LLP**
Howard Knee (SBN 55048)
howard.knee@blankrome.com
Harrison Brown (SBN 291503)
harrison.brown@blankrome.com
Saam Takaloo (SBN 311598)
saam.takaloo@blankrome.com
Nicole Wentworth (SBN 334007)
nicole.wentworth@BlankRome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:   424.239.3400
Facsimile:   424.239.3434

Attorneys for Plaintiff
CARE FROM THE HEART
IN HOME SERVICES, INC.


**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ALEX A. GRAFT, SB# 239647
Email: Alex.Graft@lewisbrisbois.com
JESSICA L. BEELER, SB# 268939
Email: Jessica.Beeler@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, California 94105
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendants
CREFASI ACCOUNTING SERVICES, LLC
AND JESSIE CREFASI

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CARE FROM THE HEART IN HOME SERVICES, INC., a California corporation,<br><br>                    Plaintiff,<br><br>        vs.<br><br>CREFASI ACCOUNTING SERVICES, LLC, a Louisiana limited liability company; JESSIE CREFASI, an individual; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. 5:24-cv-06762-NW<br><br>[*Hon. Noël Wise*]<br><br>~~[PROPOSED]~~ **ORDER RE JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES AND DEADLINE TO COMPLETE ADR** |

~~[PROPOSED]~~ **ORDER**

Based on the Joint Stipulation by Plaintiff Care From The Heart In Home Services, Inc. ("Plaintiff") and Defendants Crefasi Accounting Services, LLC ("CAS") and Jessie Crefasi ("Crefasi," and collectively with CAS, "Defendants"), and good cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The deadline to complete non-expert discovery, for purposes of third-party depositions and subpoenas only, shall be continued by 30 days to April 20, 2026;

2. the deadline to complete ADR shall be continued by 30 days to May 6, 2026; and

3. the deadlines for expert discovery shall be continued as follows:

    a. Opening of Expert Reports – April 20, 2026;

    b. Rebuttal Expert Reports – May 18, 2026; and

    c. Close of Expert Discovery – June 8, 2026.

The Court does not alter any other dates or deadlines.  The parties must address extending any subsequent dates and deadlines with the Court.

**IT IS SO ORDERED.**

DATED: March 13, _____, 2026    _____

DISTRICT JUDGE NOËL WISE

[PROPOSED] ORDER