United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARE FROM THE HEART IN HOME SERVICES, INC., | Case No. 24-cv-06762-NW |
| Plaintiff, | |
| v. | **ORDER VACATING ALL DATES AND DIRECTING PARTIES TO FILE DISMISSAL OR STATUS REPORT** |
| CREFASI ACCOUNTING SERVICES, LLC, et al., | Re: ECF No. 53 |
| Defendants. | |

On May 22, 2026, the parties filed a notice of settlement stating that the parties "have reached a settlement in principle of the above captioned action." ECF No. 53. Accordingly, all dates and deadlines are VACATED.

Parties shall file their stipulation of dismissal with prejudice by July 28, 2026. The Court sets a compliance hearing regarding dismissal for Tuesday, August 4, 2026, at 10:00 a.m. in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California. If the case is not dismissed by July 28, 2026, the compliance hearing will be converted into an order to show cause why the case should not be dismissed. If any party opposes the order to show cause, that party must file their objection in writing by July 28, 2026. Counsel must appear at the hearing in person; no remote appearances will be permitted.

**IT IS SO ORDERED.**

Dated: June 2, 2026

_____
Noël Wise
United States District Judge